# ORIGINAL

# CV17-7528

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAUSKOPF, J.

## MANN. M.J.

_____

Jamar Powell
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✔️   NO _____

-against-

Bronx Lebanon
Hospital
_____
_____
_____
_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

## FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  DEC 2 6 2017  ★

**BROOKLYN OFFICE**

I.  **Parties**: (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** Jamar Powell

If you are incarcerated, provide the name of the facility and address:

Brooklyn Detention Center
275 Atlantic Ave
Brooklyn NY 11201

Prisoner ID Number: NYSID: 5685386J

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Bronx Lebanon Hospital
_____
Full Name

Hospital
_____
Job Title

1650 Grand Concourse,
Bronx, NY 10457
_____
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 4        _____
                       Full Name

                       _____
                       Job Title

                       _____

                       _____
                       Address

Defendant No. 5        _____
                       Full Name

                       _____
                       Job Title

                       _____

                       _____
                       Address

**II.    Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Bronx Lebanon Hospital

When did the events happen? (include approximate time and date) November 18-27, 2015

Facts: (what happened?) November 18, 2015. While a patient in the care of the medical staff and security at Bronx Lebanon Hospital. My 14th amendment right was violated, and I was raped while in the protection of the hospital because of an alleged rumor about me being a child molestor. Checked in because of what I thought was a reaction to a certain drug, when I got to the hospital from the ambulance, and they gave me two shots to put me out. Knowing that something was wrong I still thought they where trying to help me. Awakening in the physch ward I went directly to the bathroom and it was there I realized I had some rectal swelling, and it was painful to

**II.A.    Injuries.**    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Rape, Medical ointment was given for the healing process.

use the bathroom. Letting the doctors know that I belive I was sexually assulted, they recomended that I stay in the hospital for my safety. With no choice because I was in the physch ward, they involantarily checked me in. Having the doctors in the physch ward look at and even treat the wound because there was scar tissue missing he gave me some ointment and said they have to invesitigate. Embarrassed and ashamed I let the topic go, also calling 911 didn't help because they would only tell me to let a nurse know because of the situation I was in. Making attempts to do so I was shot down by one of the nurses who said well you have sex with men don't you. Ashamed ounce again I let the situation go and continued to let people harrosse me and call me child molestor, until now. Thankyou very for your time and I would look forward to hearing from you.

x _Truman Purnell_

x 12/19/17

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

_200,000,000_

_Two hundred Million dollars_

I declare under penalty of perjury that on __12/19/17__ , I delivered this
                                                      (date)

complaint to prison authorities at _AMKC (C-95)_ to be mailed to the United
                                                    (name of prison)

States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _12/19/17_            _Ramon Cruz_
                                   Signature of Plaintiff

                        _Anna M. Kross Center (C-95)_
                        Name of Prison Facility or Address if not incarcerated

                        _18-18 Hazen Street_
                        _East Elmhurst, NY 11370_

                        Address

                        _NYSID: 5685386J_
                        Prisoner ID#

rev. 12/1/2015

5